OPINION — AG — A JUSTICE OF THE PEACE WHO MOVES HIS RESIDENCE FROM THE DISTRICT FROM WHICH HE IS ELECTED, AND NO LONGER RESIDES THEREIN, VACATES HIS OFFICE, AND THAT A VACANCY NOW EXISTS IN SAID OFFICE; AND WHEN THE BOARD OF COUNTY COMMISSIONERS HAS DETERMINED THAT SAID JUSTICE OF THE PEACE HAS IN FACT SO MOVED HIS RESIDENCE UNDER AUTHORITY 51 O.S.H. 8, THEY ARE AUTHORIZED TO FILL SAID VACANCY BY APPOINTMENT, UNDER THE PROVISIONS OF 51 O.S.H. 10 CITE: 39 O.S.H. 6, 51 O.S.H. 8 (L. G. HYDEN)